IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-cv-04202-MMB ) ) |
| INTERSECT ENT, INC., KIERAN T. GALLAHUE, THOMAS A. WEST, TERESA L. KLINE, CYNTHIA LUCCHESE, DANA MEAD, ELISABETH SANDOVAL-LITTLE, and NEIL A. HATTANGADI, | ) ) ) ) ) ) |
|    Defendants. | ) ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 12, 2021

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*